UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  **CV 23-2933-MWF(RAOx)** | Date: August 21, 2023 |
| Title  **Qi Qi v. David Radel, et al.** | |

Present: The Honorable:  **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on April 13, 2023.  (Docket No. 1).  A First Amended Complaint (the "FAC") was filed on May 2, 2023.  (Docket No. 6).

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 1, 2023**.

- BY PLAINTIFF:  PROOFS OF SERVICE of Summons and FAC on Defendants.

Plaintiff must properly serve the FAC on Defendants pursuant to Federal Rule of Civil Procedure 4(i).  The Proofs of Service must be filed with the Court no later than September 1, 2023.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **September 1, 2023** will result in the dismissal of this action.

IT IS SO ORDERED.